

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00577-CV

**Angelo Clark**

v.

**Carla Clark**

NO. 2012-69700 IN THE 257TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $8.00 | 09/11/2014 | INDIGENT | UNK |
| CLK RECORD | $37.00 | 01/16/2014 | INDIGENT | ANT |
| RPT RECORD | $125.00 | 01/09/2014 | PAID | STA |
| RPT RECORD | $28.00 | 10/29/2013 | PAID | STA |
| SUPP CLK RECORD | $30.00 | 10/23/2013 | INDIGENT | UNK |
| FILING | $175.00 | 07/10/2013 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $403.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**